# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
1952 Topps Jackie Robinson baseball card ) Case No. 22-SW-2098DPR
)
)

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ___Western___ District of ___Missouri___ is subject to forfeiture to the United States of America under ___18___ U.S.C. § ___981 and 982___ *(describe the property)*:
1952 Topps Jackie Robinson baseball card (as described in Attachment A).

The application is based on these facts:
See attached affidavit by Karl Bolte, Special Agent, Internal Revenue Service - Criminal Investigation

☑ Continued on the attached sheet.

*/s/ Karl Bolte*
*Applicant's signature*

Karl Bolte, Special Agent, Internal Revenue Service-CI
*Printed name and title*

Sworn to before me via telephone and signature affirmed via telephone.

Date: 9/1/22

*/s/ David P. Rush*
*Judge's signature*

City and state: Springfield, Missouri

David P. Rush, Chief United States Magistrate Judge
*Printed name and title*