## ATTACHMENT A

## SPECIFIC ITEMS TO BE SEIZED

1952 Topps Jackie Robinson baseball card